E-filing

**FILED**
AUG 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JUAN MARTINEZ,

    Plaintiff,

vs.

BEN CURRY, WARDEN et., al.

    Defendant.

CV 08 - 3985

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(PR)

I, Juan martinez_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No _xx_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____     - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  <u>Last job, self employed, landscaping on March, 1991</u>
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.  Business, Profession or            Yes ___ No xx
10       self employment
11   b.  Income from stocks, bonds,         Yes ___ No xx
12       or royalties?
13   c.  Rent payments?                     Yes ___ No xx
14   d.  Pensions, annuities, or            Yes ___ No xx
15       life insurance payments?
16   e.  Federal or State welfare payments, Yes ___ No xx
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                    Yes ___ No xx
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?     Yes ___ No _xx_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?              Yes ___ No _xx_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No _xx_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ___ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ___ No ___
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____                  Utilities: _____
23 Food: $ _____                  Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____              $ _____             $ _____
27 _____              $ _____             $ _____
28 _____              $ _____             $ _____  9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)

3  _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No xx

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.

9  _____

10 _____

11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15

16   8/15/08                              /s/ signature
17     DATE                                    SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  MARTINEZ  H24948 for the last six months at CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960                [prisoner name]
ATTN: TRUST OFFICE _____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___Ø___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___Ø___.

Dated: 8-19-08           Brenda Nation, Acct Technician
                         [Authorized officer of the institution]

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California  93960

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-19-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
   TRUST OFFICE
Accounting Technician

-5-

```
REPORT ID: TS3030 .701                                       REPORT DATE: 08/19/08
                                                             PAGE NO:         1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CTF SOLEDAD/TRUST ACCOUNTING
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: MAR. 20, 2008 THRU AUG. 19, 2008

ACCOUNT NUMBER  : H24948                    BED/CELL NUMBER: CFBWT2000000207U
ACCOUNT NAME    : MARTINEZ, JUAN AMNUEL               ACCOUNT TYPE: I
PRIVILEGE GROUP : A              TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                             CURRENT HOLDS IN EFFECT

 DATE     HOLD
PLACED    CODE      DESCRIPTION            COMMENT          HOLD AMOUNT
-------  -----   ------------------     -------------      -------------
07/23/2008  H109  LEGAL POSTAGE HOLD     0326 LPOST              2.70
07/24/2008  H118  LEGAL COPIES HOLD      0337 LCOPY              1.90
07/24/2008  H118  LEGAL COPIES HOLD      0337 LCOPY             13.40
08/01/2008  H109  LEGAL POSTAGE HOLD     0403 LPOST              2.70

                             TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL       TOTAL         CURRENT       HOLDS       TRANSACTIONS
 BALANCE     DEPOSITS    WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
---------    --------    -----------    ---------    ---------    ------------
   0.00        0.00         0.00          0.00         20.70          0.00

                                                           CURRENT
                                                          AVAILABLE
                                                           BALANCE
                                                         -----------
                                                            20.70-
```

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-19-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Brenda Nelson
TRUST OFFICE
Accounting Technician

Martinez, Juan  H-24948
BW-207   P.O. Box 689
Soledad CA 93960-0689

**LEGAL MAIL**

RECEIVED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Courthouse
450 Golden Gate Ave.
San Francisco, CA.
94102-3483



V CH 757160-0809

**LEGAL MAIL**

**LEGAL MAIL**

RECEIVED
AUG 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Courthouse
450 Golden Gate Ave.
San Francisco, CA.
94102-3483

**LEGAL MAIL**

**LEGAL MAIL**