**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                              General Court Number
Clerk                                                                                                                        415.522.2000

September 4, 2008

United States District Court
for the Central District of California
312 North Spring Street
Los Angeles, CA 90012

RE: CV 08-03985 MHP  JUAN MARTINEZ-v-BEN CURRY

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                                     Sincerely,
                                      RICHARD W. WIEKING, Clerk

                                      by:  Gina Agustine-Rivas
                                      Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, HABEAS, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-03985-MHP
### Internal Use Only

| | |
|---|---|
| Martinez v. Curry | Date Filed: 08/20/2008 |
| Assigned to: Hon. Marilyn H. Patel | Date Terminated: 09/03/2008 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Juan Martinez**          represented by **Juan Martinez**
H-24948
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
PRO SE

V.

**Respondent**

**Ben Curry**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2008 | 1 | PETITION for Writ of Habeas Corpus (Filing fee IFPP). Filed by Juan Martinez. (gba, COURT STAFF) (Filed on 8/20/2008) (Entered: 08/26/2008) |
| 08/20/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Juan Martinez. (gba, COURT STAFF) (Filed on 8/20/2008) (Entered: 08/26/2008) |
| 08/20/2008 | | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 8/20/2008) (Entered: 08/26/2008) |
| 09/03/2008 | 3 | ORDER TRANSFERRING CASE to Central District of California; Signed by Judge Marilyn Hall Patel on 9/2/2008. (Attachments: # 1 CertServ)(awb, COURT-STAFF) (Filed on 9/3/2008) (Entered: 09/03/2008) |
| 09/04/2008 | 4 | CLERK'S NOTICE: Case Transferred Electronically to Central District of California. (gba, COURT STAFF) (Filed on 9/4/2008) (Entered: 09/04/2008) |